UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS GRAHAM PARKS, | ) | NO. CV 13-07088 GW (JEM) |
|             Petitioner, | ) ) | **JUDGMENT** |
|     v. | ) ) | |
| F.W. HAWS, Warden, | ) ) | |
|             Respondent. | ) ) | |

Pursuant to the Court's Order Dismissing the Motion for Lack of Jurisdiction,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: October 22, 2013

GEORGE H. WU
UNITED STATES DISTRICT JUDGE